UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 18-5030 (TJB) |
| v. | |
| MARCO VINICIO FAREZ LUNA | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (J. Brendan Day, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant in the above-entitled matter; and defendant Marco Vinicio Farez Luna having consented to detention without prejudice to his right to seek bail at a later date; and for good cause shown:

IT IS, therefore, on this 23rd day of August, 2018,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that defendant Marco Vinicio Farez Luna be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to defendant Marco Vinicio Farez Luna's right to seek bail at such a hearing pursuant to Title 18, United States Code, Section 3142(f); and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Marco Vinicio Farez Luna be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Marco Vinicio Farez Luna shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

                                                s/ Douglas E. Arpert
                                                HONORABLE DOUGLAS E. ARPERT
                                                United States Magistrate Judge